In the Matter of the Examination in Supplementary Proceedings of PATRICK H. FLYNN, a Judgment Debtor.

HAMILTON TRUST COMPANY, Appellant; LEANDER B. FABER et al., Respondents.

*Matter of Flynn*, 157 App. Div. 241, appeal dismissed.
(Argued October 22, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 16, 1913, which reversed an order of Special Term vacating a prior order requiring the delivery to the receiver, appointed in supplementary proceedings, of certain personal property of the judgment debtor.

*Edward J. Connolly* for appellant.

*Charles L. Craig* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.